# COMPLAINT/REMOVAL DISMISSAL

**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. __17-MJ-03434__        Date __10/20/2017__

USAO No. __2017R00595__

The Government respectfully requests the Court to dismiss without prejudice the __✓__ Complaint ____ Removal Proceedings in

United States v. __Francisco Ocasio__

The Complaint/~~Rule 40 Affidavit~~ was filed on __7/11/2017__

__✓__ U.S. Marshals please withdraw warrant.

_Gina Castellano_
ASSISTANT UNITED STATES ATTORNEY

_Gina Castellano_
(Print name)

**SO ORDERED:**

_____        __10/20/2017__
UNITED STAES MAGISTRATE JUDGE                DATE

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy